# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOE PERRY, JR.,
ADC #155237                                                                                       PLAINTIFF

V.                                   CASE NO. 5:15-CV-00131 JM/BD

WENDY KELLEY, et al.                                                                      DEFENDANTS

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Joe Perry, Jr. is a prisoner in the Tucker Unit of the Arkansas Department of Correction ("ADC").  In this *pro se* § 1983 action, Mr. Perry alleges that Defendants deprived him of his right to participate in a prison work-release program and, that by doing so, they discriminated against him.  (Docket entry #1, #6)

Unfortunately for Mr. Perry, he has not stated a claim upon which relief can be granted. "[T]here is no constitutionally based liberty interest in participating in a work release program." *Mahfouz v. Lockhart*, 826 F.2d 791, 792 (8th Cir. 1987). Mr. Perry does not allege he is a member of a suspect class and has not included any allegations to suggest an equal protection violation. *Nolan v. Thompson*, 521 F.3d 983, 989-90 (8th Cir. 2008); *Hosna v. Groose*, 80 F.3d 298, 304 (8th Cir. 1996)(to state an equal protection claim plaintiff must allege that defendants intentionally treated him less favorably than similarly situated inmates and that defendants had no rational basis for the dissimilar treatment).

### III.   Conclusion:

The Court recommends that Mr. Perry's claims against the Defendants be DISMISSED, without prejudice.

DATED this 30th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE