IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE PERRY, JR.,
ADC #155237                                                                                         PLAINTIFF

V.                           CASE NO. 5:15-CV-00131 JM/BD

WENDY KELLEY, et al.                                                                        DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Perry's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Perry's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 21st day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE